## MIN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| GEORGE MARTENS, | : |
| Plaintiff, | : |
| vs. | : Case No. C2-12-CV-0456 |
| THE OHIO STATE UNIVERSITY MEDICAL CENTER, | : |
| Defendant. | : |

## ORDER

The Honorable Judge Algenon L. Marbley hereby recuses himself from the above-styled case because Judge Marbley currently holds a position on the Board of Trustees for The Ohio State University.  The case is to be transferred back to the unassigned docket, and redrawn for assignment.

**IT IS SO ORDERED.**

        s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATE: May 29, 2012**